IN THEE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 1:20-CR-00020 |
| v. | : | |
| M & J EXCAVATION, INC., | : | |
| Defendant | : | |

FILED
HARRISBURG, PA
FEB 20 2020
PER _____ /s/ AW
DEPUTY CLERK

## PLEA

AND NOW, this **20th** day of **February**, 2020, I, **John A. Sidas, Jr.**, the authorized representative for the within named defendant, hereby enter a plea of **NOT GUILTY** to the within Indictment.

_____
(Defendant's Authorized Representative)

_____
(Defense Counsel)