# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>M&J EXCAVATION, INC.,<br>JOHN AUGUST SIDARI, JR. | NO: 1:20-CR-020<br><br>(Wilson, J.)<br><br>ECF |

## MOTION TO USE HANDWRITTEN NOTES OF
## AGENT GREGORY MCDOWELL

M&J Excavation, Inc. and John August Sidari, Jr., by and through undersigned counsel, move the Court to allow M&J and Mr. Sidari to use at trial for impeachment purposes handwritten notes taken by Agent Gregory McDowell during his interview with Mr. Sidari on March 21, 2017, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and Fed. R. Evid. 613(a):

1.  EPA Agent McDowell was the lead case agent in this matter for nearly three and a half years, from February 17, 2015 to his retirement in or about September 2018.

2.  On March 21, 2017, Agent McDowell conducted a one-on-one, unrecorded interviewed John Sidari. Agent McDowell took handwritten notes of his conversation with Mr. Sidari and used the handwritten notes to write an Investigative Activity Report of the interview.

3. The government agreed to turn over Agent McDowell's handwritten notes of his interview with Mr. Sidari to M&J and Mr. Sidari, subject to certain conditions that were memorialized in a stipulation between the M&J, Mr. Sidari, and the government.

4. After reviewing Agent McDowell's handwritten notes, M&J and Mr. Sidari believe that the notes are *Brady* material that should be admissible as impeachment evidence in the upcoming trial.

**WHEREFORE**, M&J and Mr. Sidari respectfully request that the Court enter an Order permitting them to use the handwritten notes at trial for impeachment purposes.

Respectfully submitted,

 /s/ Lathrop B. Nelson, III
Keir Bradford-Grey (PA Bar No. 87054)
Lathrop B. Nelson, III (PA Bar No. 88254)
Montgomery McCracken Walker & Rhoads LLP
1735 Market St., 21st Floor
Philadelphia, PA 19103
kbgrey@mmwr.com
lnelson@mmwwr.com
(215)772-1500

Attorneys for Defendants
M&J Excavation, Inc. and John August Sidari, Jr.

## CERTIFICATE OF NON-CONCURRENCE

On April 22, 2022, by phone and e-mail, Department of Justice Environmental Crimes Section Senior Litigation Counsel Howard P. Stewart indicated that he does not concur in the foregoing Motion and that M&J and Mr. Sidari may include with their motion the handwritten notes of Agent McDowell, notwithstanding the stipulation by and between M&J, Mr. Sidari, and the government.

                                       /s/ Lathrop B. Nelson, III
                                       Keir Bradford-Grey (PA Bar No. 87054)
                                       Lathrop B. Nelson, III (PA Bar No. 88254)
                                       Montgomery McCracken Walker & Rhoads LLP
                                       1735 Market St., 21st Floor
                                       Philadelphia, PA 19103
                                       kbgrey@mmwr.com
                                       lnelson@mmwwr.com
                                       (215)772-1500

                                       Attorneys for Defendants
                                       M&J Excavation, Inc. and John August Sidari, Jr.

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.7 and Standing Order 17-3, I hereby certify that the foregoing Motion to Use Handwritten Notes of Agent Gregory McDowell was served on counsel of record through the Electronic Case Filing System.

          /s/ Lathrop B. Nelson, III
          Lathrop B. Nelson, III

5808778v1