AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____ MIDDLE _____ DISTRICT OF _____ PENNSYLVANIA _____

UNITED STATES OF AMERICA

V.

M&J EXCAVATION, INC.

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 1:20-CR-00020-005

 

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Jennifer R. Wilson, United States     District Court Judge
_____
Name of Judge                    Title of Judge

6/22/2022
_____
Date